UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANGSTON GOSSETT,<br><br>                Plaintiff,<br>    v.<br><br>THE CITY OF SEATTLE, *et al.*,<br><br>                Defendants. | No. C06-0441RSL<br><br>ORDER GRANTING DEFENDANTS' MOTION TO QUASH NOTICES OF DEPOSITION |

This matter comes before the Court on "Defendants' Motion to Quash Depositions of Officers John Knight and Felton Miles." Dkt. # 12. Pursuant to Fed. R. Civ. P. 26(d), "a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)." By serving notices of deposition on May 25, 2006, plaintiff clearly "sought discovery." Nor is there any real dispute that the notices were issued before the parties conducted their Rule 26(f) conference. Defendants' motion to quash the notices of deposition served on Officers Knight and Miles is therefore GRANTED. The parties are directed to cooperate in scheduling of all of the depositions noted in the above-captioned matter.

DATED this 28th day of June, 2006.

*[signature]*
Robert S. Lasnik,
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION TO QUASH